# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1607

_____

| | | |
|---|---|---|
| State of Missouri for the Use and Benefit of MWE Services, Inc., doing business as Midwest Demolition Company, | * * * * * | |
| Plaintiff, | * | |
| John Zapata, | * * * | Appeal from the United States District Court for the Western District of Missouri. |
| Appellant, | * | |
| | * | [UNPUBLISHED] |
| v. | * * | |
| Sircal-Kozeny-Wagner, a joint venture; Continental Casualty Company; Travelers Casualty and Surety Company of America, | * * * * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 21, 2010
Filed: February 3, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

John Zapata appeals the district court's[1] adverse grant of summary judgment in this diversity suit. After careful de novo review, viewing the evidence and all fair inferences from it in a light most favorable to Zapata, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper, for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny appellees' motion to strike portions of Zapata's reply brief.

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.